ABRAHAM MANTELL, Appellant, v. DAVID BORENSTEIN, Doing Business under the Firm Name and Style of D. & D. ELECTRIC COMPANY, Respondent.—Action for personal injuries sustained by plaintiff in the course of his employment by the defendant. Orders denying plaintiff's motion to strike out the affirmative defenses contained in the answer, granting defendant's motion for summary judgment, with leave to plaintiff to serve a new complaint, granting defendant's motion for judgment dismissing the complaint on plaintiff's failure to replead, and from the judgment entered thereon, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

ABRAHAM WERBELOVSKY, Respondent, v. THEODORE GUTMAN and GEORGE GOLDBERG, Individually and as Surviving Partners, etc., and Others, Appellants, Impleaded with Others, Defendants.— Order denying motion of defendants-appellants for judgment dismissing the amended complaint for insufficiency unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendants-appellants to answer within twenty days after service of order upon payment of said costs. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

MARY RYAN, Respondent, v. PITT PETRI, Appellant.—Action for personal injuries sustained by plaintiff while a passenger in defendant's automobile in the State of Michigan. Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

RHEA BRUMMER ORLANDO, Respondent, v. JENKINS GOWNS, INC., Appellant.— The complaint alleges breach of a written contract of employment. Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

IRVING SCHLEIFER and Others, Respondents, v. HARRY SHERMAN, as President of the MOVING PICTURE MACHINE OPERATOR'S UNION OF GREATER NEW YORK LOCAL 306 OF THE INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES AND MOVING PICTURE MACHINE OPERATORS OF THE UNITED STATES AND CANADA, a Voluntary Association of Seven or More Members, and HARRY SHERMAN, Individually, Appellants.— Action for an accounting. Order granting plaintiffs' motion for summary judgment and requiring defendants to account, and directing defendants to produce before the referee records showing receipts and disbursements of the union from February 11, 1933, to October 26, 1934, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH RAO and JOSEPH PATERRA, Appellants.— Judgment convicting defendants of the crime of assault in the second degree, for having assaulted a police officer in resisting arrest, unanimously affirmed. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ. [154 Misc. 819.]